# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| GARY LYNN BROZIK, | : | No. 14 WAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered March |
| | : | 29, 2016 at No. 547 M.D. 2015. |
| v. | : | |
| | : | |
| | : | |
| DEPT. OF CORRECTIONS RECORDS | : | |
| DEPT. SCI-SMITHFIELD, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 18th day of October, 2016, the order of the Commonwealth Court is hereby **AFFIRMED**.